Matter of McKnight (Kopp) (2025 NY Slip Op 05026)

Matter of McKnight (Kopp)

2025 NY Slip Op 05026

Decided on September 18, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 18, 2025

CV-25-0357
[*1]In the Matter of Jeremy McKnight, Petitioner, Marlyn Kopp, as Superintendent of Sing Sing Correctional Facility, et al., Respondents.

Calendar Date:August 29, 2025

Before:Aarons, J.P., Lynch, Reynolds Fitzgerald, Powers and Mackey, JJ.

Jeremy McKnight, Ossining, petitioner pro se.
Letitia James, Attorney General, Albany (Kate H. Nepveu of counsel), for respondents.

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Superintendent of Sing Sing Correctional Facility finding petitioner guilty of violating certain prison disciplinary rules.
Petitioner commenced this CPLR article 78 proceeding challenging a tier II disciplinary determination finding that he violated various prison disciplinary rules. The Attorney General has advised this Court that the determination at issue has been administratively reversed, all references have been expunged from petitioner's institutional record, the $5 surcharge has been refunded to petitioner's account and the restitution amount of $191.10 was never removed from petitioner's account. As petitioner has received all the relief to which he is entitled, the petition is dismissed as moot (see Matter of Concepcion v Annucci, 231 AD3d 1455, 1455 [3d Dept 2024]; Matter of Davis v Annucci, 227 AD3d 1313, 1314 [3d Dept 2024]).
Aarons, J.P., Lynch, Reynolds Fitzgerald, Powers and Mackey, JJ., concur.
ADJUDGED that the petition is dismissed, as moot, without costs.